*The Part II*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_Orlando_ Division

LEGAL MAIL
Provided to
Wakulla CI

MAR 2 0 2023

FOR MAILING

Case No. _6:23-cv-537-WWB-DCI_

_(to be filled in by the Clerk's Office)_

FILED
3/23/2023

Date                                    Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

_Nicholas Barbati_
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

_Director Flowers_
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Nicholas N. BARBATi |
| All other names by which you have been known: | N/A |
| ID Number | D43304 |
| Current Institution | walkulla CI - Main unit |
| Address | 110 Melaleuca drive |
| | Crawfordville    FL    32327 |
| | City        State        Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MarK Flowers |
| Job or Title *(if known)* | Director VCDC |
| Shield Number | |
| Employer | Volusia County division of Corrections |
| Address | 1354 Indian lake Rd |
| | Daytona Beach    FL    32124 |
| | City        State        Zip Code |

☒ Individual capacity    ☒ Official capacity
Individual →

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City        State        Zip Code |

☐ Individual capacity    ☐ Official capacity

Page 2 of 11

Defendant No. 3
    Name                      _____

    Job or Title *(if known)*  _____

    Shield Number        _____

    Employer             _____

    Address              _____

                             *City*        *State*       *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name                      _____

    Job or Title *(if known)*  _____

    Shield Number        _____

    Employer             _____

    Address              _____

                             *City*        *State*       *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th ~~~~ 8th 14 ~~~~ fedral Constition as well as numerious FL State Statue Violations

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N / A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Use official policy to torture & Subjegate Me to repietious cruel & unusual punishment when I was not a danger to myself or others to cover up sexual assault by a staff member Sleep deprivation

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee @ time of incident

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner   Currently

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*   _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N / A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

At the Volusia County Branch Jail on or or Around 5/22/20 & following days See page 13

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?



On the Morning of or around 5/22/20 & the following days thereof.

D.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

See    page 13 ~~&~~ ~~t~~~~~~~~~~

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



Severe Psychological trauma
& Partial ligament tear upper Left Shoulder / Neck area
Permant Soft tissue damage

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See page 12

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Volusia County Branch Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☒ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Volusia County Branch Jail

2.  What did you claim in your grievance?

All grievance

3.  What was the result, if any?

None

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes  See request 9. 365 867

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

       Was unable  fear of Retalltion

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed,
       when and how, and their response, if any:

       All  VCdC  Senior Admnstration

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies. I am no longer in the Custody
    of the Volusia County division of corrections
    thus PLRA exhaustion Against them is No longer Applicable.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)* (See Attached grievane, Requests, sickcard, fDLe
~~Reqest, Sdecard~~

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

None  that  I  Can  recall

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  Nicholas BarBati

Defendant(s)  Micah Scarborough & et al

2.  Court *(if federal court, name the district; if state court, name the county and State)*

U.S. District Court Middle district of FL Orl div

3.  Docket or index number

6:21-cv-00921-GKS-GJK

4.  Name of Judge assigned to your case

Senior Judge Sharp    Magistrate Judge Gregory J Kelly

5.  Approximate date of filing lawsuit

05/27/2021

6.  Is the case still pending?

☐ Yes

☒ No          was unable to file
                        Finanical affadavit

If no, give the approximate date of disposition.

7.  What was the result of the case?  *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed w/o prejudice

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit Several I cannot recall @ this time

Plaintiff(s)    *one for Jail time Credit*

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition    _____

7.    What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    March 10, 2023

Signature of Plaintiff    _Cichola A. Barbati_

Printed Name of Plaintiff    _Nicholas N. BarBati_

Prison Identification #    _D 43304_

Prison Address    _Walkula CI-Main unit   11o Melaleuca d_
                   _Crawfodville_          _Fl_     _32327_
                        City              State    Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

           _____
              City          State    Zip Code

Telephone Number    _____

E-mail Address    _____

## VI    Relief.                                        Pg 12

All amounts are unspecified and to be determined by a jury. I seek compensation for the deliberate indifference & gross violation of my constitutional rights As well as the mental anguish & suffering I incurred & continue to suffer. & Any thing that I haven't listed that the Magistrate or Judge can think of. Plus filling fees & related expenses

## IV D

Pg 13

On 5/22/20 following the events In "part I" I was again taken down to unit 2 from 5 Delta. Again I was ~~dragged~~ Back ward by 2 C/o's one of them was Scarborough who again yanked My pants down. I was put into 4 point restraint (i Ke non Ambulatory each leg arm are tightly Secured with hard restraints to each corner) honestly the events that took place in this suit makes. U.S. v. Victor Will 1:21-cr-143-ELR-CCB look like a Joke. I was Held in this for 6 days. Every 2 Hours I would be taken out of the restraints e than placed back in I was repeatedly told that this was done because I Attempted to report the Sexual assault by ofc Micah Scarborough. There was no penalogical reason for this. During those 6 days I was not allowed to Sleep @ all. It was torture pure & Simple. during the First night I Suffered extreme Severe ~~neck~~ Shoulder neck area pain. VCDC medical examined me e stated fo the record that It was in there opinon that 4 point be discontinued Corrective igored them e continued for 5 Mox days. I was denied food for 4 of those days. I was refused medical treatment related to this injury until My arrival in fl dcc where I was told that I Suffered a partical muscle from the Bone & other Soft tissue injury e that unless I go for Surgery which doc refused I will forever be in pain. I was a pretrial detainee when this Happened. There was no legitimate non punitive government purpose for use of 4 point fo 6 days which caused physcial pain & Bodily Injury e I never posed a threat to Anyone ~ Myself.

Aprox